**JANYNA MARIE MERCADO, Ph.D.**
**Clinical Neuropsychologist**
13409 NW Military Hwy, Suite 301
Shavano Park, Texas 78231
(210) 860-9755 (cell)
E-mail Address: Janyna.mercado@yahoo.com

**EDUCATION**_____

| | |
|---|---|
| *September 1996*<br>*to May 2004* | **Texas Woman's University,** Denton, TX<br>**(APA Accredited)**<br>*Ph.D. earned*<br>• Major: Counseling Psychology<br>• Minor: Special Populations (Diversity, Gender, Family)<br>• Dissertation: Changes In Depression In Pregnant And Postpartum Adolescents Following Participation In A Comprehensive Preventative Intervention<br>*Comprehensive Examinations:*<br>• Phase I (written):   Fall 1998<br>• Phase II (oral):   Spring 1999 |
| *September 1993*<br>*to May 1995* | **Texas Woman's University,** Denton, TX<br>*Master's Student*<br>• Major: Counseling Psychology<br>• Thesis: The Relationship Between the Postpartum Depression and the Developmental Age of the Mother Using the Beck Depression Inventory and the Edinburgh Postnatal Depression Scale |
| *August 1989*<br>*to May 1993* | **Southern Methodist University,** Dallas, TX<br>• B.A. – Psychology |

**FELLOWSHIP**_____

| | |
|---|---|
| *August 2003-*<br>*August 2005* | **University of Texas Health Science Center at San Antonio/Audie L. Murphy VA Hospital**<br>*Neuropsychology Fellowship*<br>*Included rotation with Pediatric Neuropsychology private practice<br>**(APA Accredited / APPCN member)** |

**INTERNSHIP**_____

| | |
|---|---|
| *July 2002*<br>*To July 2003* | **Brooke Army Medical Center**<br>Clinical Psychology Residency Program<br>*Included rotations in Child and Family Services with a pediatric population and Developmental Disorders Clinic<br>**(APA Accredited)** |

1

## LANGUAGES

Spanish – Fluent in Spanish with the ability to read and write the language. Provide Neuropsychological Evaluations in Spanish.

## LICENSES

Licensed Psychologist (Texas) – Lic # 32917

Licensed Psychologist (Alabama- inactive status) – Lic # 1364

National Register of Health Service Providers in Psychology – Registrant # 51332

National Provider Identification Number – 1679556930

Instructor License – Texas Commission on Law Enforcement, Officer Standards and Education. (TCLOSE)

## CURRENT EMPLOYER:

| | |
|---|---|
| *October 2016* *To Present* | National Football League (NFL) Clinical Neuropsychologist - Consultant |
| *September 2009* *To Present* | Brooke Army Medical Center (Staff / Faculty) Clinical Neuropsychologist – Dept of Behavioral Medicine Ft. Sam Houston, Texas 78234 |
| *October 2005* *To September2009* | American Hospital Service Group Contractor Brooke Army Medical Center Clinical Neuropsychologist – Dept of Behavioral Medicine Ft. Sam Houston, Texas 78234 |
| *August 2005* *To Present* | Trinity University Professor Neuropsychology Assessment Graduate level Course, Dept of Education One Trinity Place San Antonio, Texas 78212 |
| *August 2005* *To Present* | Private Practice Neuropsychologist – Clinical Neuropsychology and Forensic emphasis San Antonio, Texas |
| *September 2014* *To present* | Cogstate – Clinical Trials (Amaranth & Bronze Gladiator Studies – Dementia) Consultant to US, Spain, and Puerto Rico study sites New Haven, CT 06510 |
| *August 2003* *To 2008* | University of Texas Health Science Center at San Antonio Department of Neurology Secondary Prevention of Small Subcortical Strokes Coordinating Ctr 4647 Medical Drive San Antonio, Texas 78229 |

*August 2003*        South Texas Veteran's Hospital – Audie L. Murphy Hospital
*To August 2005*    Department of Psychology
                         7400 Merton Minter Blvd.
                         San Antonio, Texas 78229

**LEGAL (FORENSIC) CONSULTATION WORK:**

*January 2011 to present*     Serve as an expert witness

**COMMUNITY SERVICE/VOLUNTEER WORK**

*January 2006*            Alamo Brain Injury Association
*To 2008*                 Support Group Facilitator for families of TBI patients

**RECENT CONFERENCES ATTENDED**

*October 2017*            *National Academy of Neuropsychology (Boston)*
                               CEU lectures to include: Forensic Methods; Diverse Brains; Neuropsychology of Cognitive Aging and Dementia; Update on Ethics in Clinical and Forensic Neuropsychology; Traumatic Brain Injury; Newly Developed Norms for Evaluation of Spanish-Speaking Children: What every US Neuropsychologist Should Know; and Chronic Traumatic Encephalopathy in Sports.

*June 2017*                 *American Academy of Clinical Neuropsychology (Boston)*

*November 2015*          *National Academy of Neuropsychology (Austin)*
                               CEU lectures to include: PVTs in "At Risk" Populations; Advanced Pediatric Assessment; MCI Across the Lifespan, & Metabolic Cascade of Concussion.

*September 2015*         *Dr. Robin Hilsabeck, Ph.D., Distinguished Visiting Professor*
                               Effects of Chronic Immune System Activation on Brain Functioning

*September 2015*         *Dr. Jacobus Donders, Ph.D,. Behavioral Medicine & Warrior Resiliency Program Guest Lecturer*
                               Assessment and Outcomes after Traumatic Brain Injury

*June 2015*                 *Dr. Brian Stagner, Ph.D. Lecture Series*
                               Part I: Thoughtful Clinical Practice In Multicultural Settings
                               Part II: Ethical Reasoning and Risk Management In Clinical Practice

*February 2015*           *Dr. David Gonzalez, Ph.D., South Texas Veterans Healthcare System*
                               Functional Assessment and Clinical Capacity

*December 2014*          *Dr. Greg J. Neimeyer, Presenter at BAMC*
                               Critical Controversies and seismic shifts in the DSM-5

## RESEARCH EXPERIENCE

| | |
|---|---|
| *2003 to 2005* | **Secondary Prevention of Small Subcortical** |
| | University of Texas Health Science Center at San Antonio (NINDS study) |
| | Principle Investigators: Oscar Benavente, M.D. & Robert Hart, M.D. |
| *2002* | **Dissertation** |
| | Title: *Changes In Depression In Pregnant and Postpartum Adolescents Following Participation In A Comprehensive Preventative Intervention* |
| | **University of Texas Health Science Center** |
| | **Community Pediatrics – Project Success** |
| | Supervisors: Nancy Amodei, Ph.D.(UTHSCSA) |
| | Anthony Scott, Ph.D. (UTHSCSA) |
| | Chair: Linda Rubin, Ph.D. |
| | Texas Woman's University |
| *2001* | **Master's Thesis Equivalent** |
| | Title: *The Relationship Between Postpartum Depression and the Developmental Age of the Mother Using the Beck Depression Inventory and the Edinburgh Depression Scale* |
| | Chair: Linda Rubin, Ph.D. |
| | Texas Woman's University |

## PRESENTATION AT CONFERENCES

| | |
|---|---|
| *November 2015* | *National Academy of Neuropsychology National Conference* |
| | Longitudinal Case Study of Goldenhar's Syndrome |
| | Austin, Texas |
| *February 2007* | *International Stroke Conference* |
| | Depression After Lacunar Stroke: Results from the Secondary Prevention of Small Subcortical Strokes Study |
| | San Francisco, California |
| *June 2005* | *American Academy of Clinical Neuropsychology* |
| | Brain Tumors: Neuropathology, Neuropsychological Effects and Outcome (3 hour workshop) |
| | Minneapolis, MN |
| *November 2004* | *National Academy of Neuropsychology* |
| | Brain Tumors: Neuropathology, Neuropsychological Effects and Outcome (3 hour workshop) |
| | Seattle, WA |
| October 2004 | *Lupus Society* |
| | Outcomes of the SALUD study (UTHSCSA) |
| | San Antonio, TX |

| | |
|---|---|
| *May 2004* | *Secondary Prevention of Small Subcortical Strokes*<br>"Update on cognition baseline results in SPS3 patients"<br>Santa Fe, NM |
| *March 2004* | *Secondary Prevention of Small Subcortical Strokes*<br>"Neuropsychology and SPS3"<br>San Antonio, TX |
| *October 2003* | *National Academy of Neuropsychology*<br>"Alexia Without Agraphia: A Case Study"<br>Poster session presentation<br>Dallas, TX |
| *April 1998* | *Police Department Adjuncted Counseling Services for Domestic Violence Victims*<br>"Family Violence – The View From the Field"<br>Texas A&M University<br>Commerce, TX |
| *November 1997* | *Texas Counseling Association*<br>*41st Annual Professional Growth Conference*<br>"When Counselors Meet Police Officers-When Two Disciplines Meet"<br>San Antonio, TX |

**PUBLICATIONS:**

**Perotti, L., Cummings, L., & Mercado, J.** (2016) Behavioral Treatment of Pseudobulbar Affect: A Case Report. Perspectives in Psychiatric Care, 52, 82-87.

**Petree, W., & Mercado, J.** (2015). B-69Goldenhar Syndrome: A Longitudinal Case Study Analysis. Archives of Clinical Neuropsychology, *30*(6), 548-548.

**Cooper, DB, Mercado, J. Critchfield, E., Kennedy, J. & Gaylord, KM** (2008) Cognitive functioning following explosion injuries in OIF/OEF service members: Relationship to trauma severity, mild traumatic brain injury, and psychiatric diagnosis. Archives of Clinical Neuropsychology, 23, 731-732.

**Mercado-Couch, JM, Cooper, DB, Critchfield, E., Kennedy, J. & Gaylord, KM** (2008) Screening for cognitive dysfunction in OIF/OEF service members with explosion injuries admitted to a burn unit. Archives of Clinical Neuropsychology, 23, 731.

**Gaylord, K.M., Cooper, D.B., Mercado, J.M., Kennedy, J.E., Yoder, L.H. & Holcomb, J.** Incidence of Posttraumatic Stress Disorder (PTSD) and mild Traumatic Brain Injury (mTBI) in burned service members: A Preliminary Report. Journal of Trauma: Injury, Infection and Critical Care, (in press).

**Kennedy, J., Clement, P., Calulot, J., Mercado, J. & Cooper, D.B.** (2006) Long-term neuropsychological functioning after moderate-severe TBI: A military case series. Archives of Clinical Neuropsychology, 21, 532-533.

**Janyna M. Mercado, PhD and Robin Hilsabeck, PhD**
Untreated hypertension can lead to memory loss by cutting down on blood flow to the brain. *Neurology, 2005.*

**Related Work Experience (EMPLOYMENT)**_____

| | |
|---|---|
| *September 1999 to April 2001* | Crisis Response Team (CRT), San Antonio Police Department<br>San Antonio, TX<br>*Crisis Response Team / Child & Family Therapist (full-time)* |
| *October 1995 to September 1999* | Domestic Violence Counselor, Irving Police Department<br>Irving, TX |
| *January 1996 to August 1996* | Mental Health and Mental Retardation (MHMR) of Dallas County |
| *May 1995 to August 1995* | Irving Youth and Family Counseling Services<br>Irving, TX |

**Professional Associations / Memberships**

| | |
|---|---|
| *August 2003 to Present* | National Academy of Neuropsychology |
| *August 2003 to Present* | International Neuropsychology Society |
| *December 2013 to 2014* | Hispanic Neuropsychological Society |
| *October 2001 to 2004* | Bexar County Psychological Association |
| *September 1998 to 2000* | City of Irving Health Board Member<br>Committee to Prevent Violence in the City of Irving |
| *September 1996 to 2000* | Texas Psychological Association |
| *September 1996 to 2000* | American Psychological Association |

**References:**
Furnished upon request.