# CURRICULUM VITAE
# HÉCTOR A. MIRANDA-GRAJALES, MD, FAAPM&R, CLCP

**September 2017**

4201 Bee Caves Rd.,
Suite C-213
West Lake Hills, TX 78746-6458

email:
hmirandamd@mdclcp.net
hmirandamd@medinjury.net
Office: (512) 960-4717
Fax: 855-868-9882

## LANGUAGES SPOKEN
- English
- Spanish

## MEDICAL LICENSES:
- Florida: ME107880
- Texas: Q4469
- New York: 262463-1
- California: C149232

## CERTIFICATONS

- Board Certified in Brain Injury Medicine
  - December 1, 2016 – December 31, 2026
  - Certificate Number: 385

- Certified Life Care Planner (CLCP)
  - September 2015
  - Certified by the University of Florida, College of Public Health & Human Professions, Department of Behavioral Science & Community Health

- Certified Independent Medical Examiner
  - April 5, 2014
  - Certified by the American Board of Independent Medical Examiners (ABIME)

- Board Certified in Pain Medicine
  - August 18, 2012 – December 31, 2022
  - Certificate Number: 1521

- Diplomate of American Board Physical Medicine and Rehabilitation
  - 7/1/2012 – 12/31/2022

GTI/Soto__1106

     o  Certificate Number: 10537

**PROFESSIONAL EXPERIENCE**

September 3, 2013 –
- Founded Medical Injury Rehabilitation Specialists, LLC
  - Medical Director and interventional pain management physician of this practice

    - 4201 Bee Caves Road, Suite C-213, West Lake Hills, TX 78746
    - 4611 NW 53rd Avenue, Gainesville, FL 32653
    - 404 Hall of Fame Drive, Lake City, FL 32055

- August 27, 2012 – August 26, 2013
  - Interventional pain management physician at the Institute of Pain Management

    - 1325 San Marco Blvd. Suite 4A, Jacksonville, FL, 32207; tel: 904- 306- 9860 fax: 904-306-9864; Business address: PO Box 57970 Jacksonville, FL 32241-7970
    - 4243 Sunbeam Rd., Jacksonville, FL, 32207; tel: 904-264-5661
    - 1210 Kingsley Ave., Orange Park, FL 32073; tel: 904-264-5661

**EDUCATION**

August 3, 2003 – June 15, 2007 University of Puerto Rico School of Medicine, Rio Piedras, Puerto Rico.

- M.D.
- Graduation June 15, 2007.
- Graduated *magna cum laude.*

August 16,1999- February 16, 2003 University of Puerto Rico, Rio Piedras.

- B.S. General Sciences.
- Graduated February 16, 2003.
- Graduated *magna cum laude.*

**POSTGRADUATE TRAINING**

July 1, 2011-June 30, 2012

- Fellowship training in Anesthesia ACGME accredited Pain Management at Beth Israel Medical Center in New York City, NY.

July 1, 2008-June 30, 2011

GTI/Soto__1107

o Residency training in Physical Medicine and Rehabilitation atthe University of Miami Miller School of Medicine.

July 1, 2007- June 30, 2008

o Internship in Internal Medicine at the Veterans Affairs Medical Center in San Juan, Puerto Rico.

## HONORS/AWARDS/ACHIEVEMENTS

### Residency
April 23, 2010

o Named Chief Resident of PM&R residency program.

### Undergraduate
2002-03

o Who's who among students in United States colleges and universities.

1999-03

o Dean's List.
o Honor Roll student at University of Puerto Rico, Rio Piedras.

## POSTERS & PUBLICATIONS
2013

- **Miranda-Grajales H.**, Hao J, Cruciani R. False Sense of Safety by Daily QTc Interval Monitoring During Methadone IVPCA Titration in a Patient with Chronic Pain. *Journal of Pain Research;* May 2013;6 375-378.

## PROFESSIONAL ASSOCIATION MEMBERSHIPS
2015

- Member of American Medical Association
- Member of Texas Medical Association
- Member of American Academy of Physical Medicine & Rehabilitation
- Member of the International Association of Rehabilitation Professionals